FILED

FEB 2 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DAVID MIRANDA, and<br>SONNY LEE DETRICK,<br><br>　　　　　Defendants. | No. CR 05-0797 MHP<br><br>(~~PROPOS~~ED) ORDER |

　　　　GOOD CAUSE APPEARING, the Court finds that:

　　　　1. The ends of justice are served by the granting of the continuance of the status date to March 6, 2006. The Court finds that such schedule is necessary so that the parties so that defense counsel can attend, and keep continuity of defense counsel, and prepare. This outweighs the interest of the public and the defendants in a speedy trial, in accordance with 18 U.S.C. §3161(h)(8)(A).

　　　　2. The Court therefore finds the period from February 27, 2006 to March 6, 2006, is excluded from speedy trial calculations within the meaning of 18, U.S.C., Section 3161(h)(8),

//

[PROPOSED] ORDER

1  subsections (A) and (B)(iv).

2

3  SO ORDERED.

4

5  DATED: 2/27, 2006

6

7  MARILYN HALL PATEL
   United States District Court Judge

...

[PROPOSED] ORDER