IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                  Plaintiff,

     v.

JOHN MIRANDA,

                  Defendant.

No. CR 05-0797 MHP (BZ)

ORDER RELIEVING SURETY

This matter came on for a bail review hearing on Tuesday, July 25, 2006 at 9:30 a.m. The Court was informed that surety Michael Palin wishes to be relieved of all responsibilities and financial liabilities as a surety. Accordingly, the Court hereby orders that Michael Palin be relieved as a surety in every respect. All other sureties remain on the bond and the defendant's conditions of release remain in full force and effect.

IT IS SO ORDERED.

Dated: **JUL 2 6 2006**

BERNARD ZIMMERMAN
United States Magistrate Judge

Approved as to form:
C. David Hall, AUSA

Order Relieving Surety
*U.S. v. Miranda* CR 05-0797 MHP