FILED

OCT 10 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-0797 MHP |
| | ) | STIPULATION AND ORDER |
| vs. | ) | MODIFYING CONDITIONS OF |
| | ) | RELEASE AND RELEASING |
| JOHN MIRANDA, | ) | DEFENDANT |
| | ) | |
| Defendant. | ) | |

## STIPULATION

On October 10, 2006, this matter came on for a hearing.

The parties orally stipulated that the defendant's conditions of release should be modified as follows:

1) The defendant is no longer required to reside at the New Bridge drug treatment facility.

2) The defendant shall participate in outpatient drug counseling and testing as directed by Pretrial Services.

3) The defendant shall participate in mental health counseling as directed by Pretrial Services.

4) The defendant shall reside at 155 Old Ranch Road, Rio Dell, California and shall not change residence without prior approval of Pretrial Services.

5) In all other respects the prior Order Setting Conditions of Release remain in full force and

STIP & ORDER MODIFYING RELEASE CONDITIONS
United States v. John Miranda
CR 05-0797 MHP                    - 1 -

1 | effect.

3 | It is so stipulated.

4 | DATED: 10/10/06

RONALD C. TYLER
Assistant Federal Public Defender
Counsel for John Miranda

7 | DATED: 10/10/06

C. DAVID HALL
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED: Oct 10, 2006

MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER MODIFYING RELEASE CONDITIONS
United States v. John Miranda
CR 05-0797 MHP                    - 2 -